UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Nasseff, Jr.,

    Petitioner,

v.                                                                  Civil No. 14-4823 (JNE/BRT)
                                                                  ORDER

Kent Grandlienard,

    Respondent.

In a Report and Recommendation dated January 12, 2015, the Honorable Becky R. Thorson, United States Magistrate Judge, recommended that Anthony Nasseff, Jr.'s application to proceed *in forma pauperis* be denied, that his petition for a writ of habeas corpus be denied, that this action be dismissed without prejudice, that his motion to appoint counsel be denied as moot, and that no certificate of appealability be granted. No objection has been received. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Nasseff's application to proceed *in forma pauperis* [Docket No. 2] is DENIED.

2. Nasseff's petition for a writ of habeas corpus [Docket No. 1] is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE.

4. Nasseff's motion to appoint counsel [Docket No. 3] is DENIED AS MOOT.

5. No certificate of appealability is granted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 5, 2015

                                                                        s/Joan N. Ericksen
                                                                        JOAN N. ERICKSEN
                                                                         United States District Judge